**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEPHEN L. FELDER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DELAWARE COUNTY OFFICE OF | : | |
| SERVICES FOR THE AGING; | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| CIVIL SERVICE COMMISSION; and | : | |
| LOCAL UNION No. 115, INTERNATIONAL | : | NO. 08-4182 |
| BROTHERHOOD OF TEAMSTERS | : | |

## <u>ORDER</u>

AND NOW, this 28th day of July, 2009, upon careful review of the Defendants' Motions

and Plaintiff's response, this Court hereby ORDERS:

1)    The Motion to Dismiss by Defendant Delaware County Office of Services for the

Aging (Doc. 18) is DENIED.

2)    The Motion to Dismiss by Defendant Commonwealth of Pennsylvania Civil

Service Commission (Doc. 20) is GRANTED.

3)    The Motion for Judgment on the Pleadings by Defendant Local Union No. 115,

Brotherhood of Teamsters (Doc. 32) is GRANTED.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-4182 Felder v. Del Co\Felder - Order MTD.wpd